■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH SPERLIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH SPERLIN, Appellant, et al., Defendant. — Judgments, Supreme Court, Bronx County (Murray Koenig, J.), rendered on November 4, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further

---

* The psychiatrist has also been charged by respondent. The two proceedings have been consolidated.

proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Ross, Asch, Milonas and Kassal, JJ.